ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.  　　　　　　　　　　　　　　　　No. 4:15-CR-153-O

JOSEPH SUTTON (15)

## FACTUAL RESUME

INDICTMENT:   Count One: Conspiracy to Possess with Intent to Distribute a Controlled Substance (methamphetamine) (in violation of 21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

PENALTY:   $5,000,000 fine - not less than 5 years imprisonment and not more than 40 years imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 4 years.

MAXIMUM PENALTY:
$5,000,000 fine and not less than five (5) years nor more than forty (40) years imprisonment, plus a term of supervised release of not less than 4 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Indictment are as follows:

First:   That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the indictment;

Second:   That the defendant knew of the unlawful purpose of the agreement;

Third:   That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

Factual Resume - Page 1

Fourth:   That the overall scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## STIPULATED FACTS:

Since approximately 2013, Joseph Sutton received ounce and multi-ounce quantities of methamphetamine on consignment from Erica Ayala, ~~Alisha Feeney~~ PCS JRS, and others. In turn, Joseph Sutton distributed methamphetamine to various customers, such as Christina Pugh, in the North Richland Hills and Fort Worth, Texas areas, returning to Erica Ayala, Alisha Feeney, and others for additional methamphetamine. In this manner, Joseph Sutton, ~~Alisha Feeney~~ PCS JRS, Erica Ayala and Christina Pugh conspired with each other and others to possess with intent to distribute more than 50 grams of methamphetamine.

SIGNED this _____ day of _____, 2015.

_____          _____
JOSEPH SUTTON                                              PETER SMYTHE
Defendant                                                         Counsel for Defendant

Factual Resume - Page 2