# United States District Court
## Northern District of Texas

*Fort Worth Division*

January 21, 2016

Joseph Sutton
Reg. No. 50030-177
BOP El Reno FCI
PO Box 1500
El Reno, OK 73036

Re: Your correspondence received in the U.S. District Clerk's Office on  1/21/16
Case No./Style:  4:15-cv-153-O-15

Mr. Sutton,

Please find enclosed a one time courtesy copy of your docket sheet. Future copies of documents and/or docket sheets will require prepayment at a rate of $0.50 per page.

Sincerely,

Deputy Clerk -  TS