AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF TEXAS ▾

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:15-CR-153-O(04) |
| SHANDA BRITE | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SHANDA BRITE                                                                                              .

Date:     06/01/2016                              /S/ ROBERT L. SIRIANNI, JR.
                                                                          *Attorney's signature*

                                                                          ROBERT L. SIRIANNI, JR.
                                                                          *Printed name and bar number*
                                                                          BROWNSTONE, P.A.
                                                                          201 N. NEW YORK AVENUE
                                                                          WINTER PARK, FL 32789

                                                                          *Address*

                                                                          ROBERTSIRIANNI@BROWNSTONELAW.COM
                                                                          *E-mail address*

                                                                          (407) 388-1900
                                                                          *Telephone number*

                                                                          *FAX number*